```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 14999
    SALVADOR MARTINEZ
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
           Debtor
    SSN XXX-XX-4583


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 06/11/2008 and was not confirmed.

    The case was dismissed without confirmation 09/18/2009.
-------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                          PAID         PAID
-------------------------------------------------------------------------------
INDYMAC BANK             CURRENT MORTG         .00           .00          .00
INDYMAC BANK             MORTGAGE ARRE     9000.00           .00          .00
INDYMACK BANK            NOTICE ONLY     NOT FILED           .00          .00
ROC INVESTMENTS          CURRENT MORTG         .00           .00          .00
ROC INVESTMENTS          NOTICE ONLY     NOT FILED           .00          .00
JEFF A WHITEHEAD         DEBTOR ATTY       3,427.55                    227.36
TOM VAUGHN               TRUSTEE                                        17.64
DEBTOR REFUND            REFUND                                           .00

    Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  245.00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                   227.36
TRUSTEE COMPENSATION                              17.64
DEBTOR REFUND                                       .00
                       ---------------      ---------------
TOTALS                   245.00                  245.00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.



                                /s/ Tom Vaughn
    Dated: 12/22/08         _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```